No. 56259.—The Attorney General as Successor to the Alien Property Custodian v. United States, protests 972204–G, etc. (San Francisco).

Opinion by FORD, J.   The protests were dismissed.

BEFORE THE FIRST DIVISION, JANUARY 15, 1952

No. 56260.—H. P. Lambert Co., Inc. v. United States, protests 17153–K, etc. (Boston).

Opinion by COLE, J.   The protests were dismissed.

No. 56261.—Sandoz Chemical Works, Inc. v. United States, protest 145831–K (New York).

Opinion by COLE, J.   The protest was dismissed.

No. 56262.—Mayhew Copley, Ltd. v. United States, protest 167914–K (New York).

Opinion by MOLLISON, J.   In accordance with stipulation of counsel that the merchandise consists of music boxes the same in all material respects as those the subject of Abstract 55455, the claim of the plaintiff was sustained.

No. 56263.—Esso Standard Oil Company v. United States, protest 172163–K (New York).

Opinion by MOLLISON, J.   The official return of gauge by the surveyor showed that 641,497 gallons of oil were unladen in tank No. PO 2 at the Consolidated Edison Co., Astoria, L. I., plant of one of plaintiff's customers.   In accordance with stipulation of counsel that only 633,752.86 gallons of gas enrichment fuel oil were unladen from the S. S. Texas Trader and placed in said tank No. PO 2, the claim of the plaintiff that tax or duty should have been assessed only upon the quantity of oil actually imported was sustained.